**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 NOV 16 PM 2:55

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JOHNNIE B. DENNIS,
    PETITIONER, PRO SE.

V.      CASE NO.   6:17-CV-01971-ORL-18-GJK

CURT SMITH,
    RESPONDENT.

**PETITION FOR REMOVAL BY JURY TRIAL:**

    COMES NOW THE PETITIONER PURSUANT TO LOCAL GOVERNMENT CODE SEC. 87.013(2.) OFFICIAL MISCONDUCT, WHICH MEANS, INTENTIONAL, UNLAWFUL BEHAVIOR RELATING TO OFFICIAL DUTIES BY THE CHAIR OF THE COUNTY COMMISSIONERS, ENTRUSTED WITH THE EXECUTION OF THE LAW, THE TERM INCLUDES AN INTENTIONAL OR CORRUPT FAILURE, REFUSAL, OR NEGLECT OF A COMMISSIONER TO PERFORM A DUTY BY LAW. I AM A BLACK CIVIL RIGHTS ACTIVIST, WHO IS THE PRESIDENT OF THE COCOA FLORIDA CHAPTER OF THE NATIONAL ACTION NETWORK. ALL MY PROPOSED RESOLUTIONS HAS BEEN IGNORED,

SUCH AS TERM LIMITS, CITIZENS POLICE REVIEW BOARD AND REMOVING A TRAINING RANGE OUT OF A 99% BLACK COMMUNITY. THE BOARD OF COMMISSIONER SHOULD NOT BE BIAS. THE CHAIR SHOULD BE REMOVED FOR BEING A WHITE SUPREMACIST WHO HAS REPEATERLY AND UNPROFESSIONALLY SHOWN BIAS WHICH IS DERELICTION OF DUTY. AND CRUEL AND UNUSUALLY PUNISHMENT.

THE PETITIONER PRAYS THAT THIS PETITION BE GRANTED. THE PETITIONER PRAYS FOR PUNITIVE DAMAGES FOR $7,000,000.00.

## CAUSE OF ACTION:

1.) ON JULY 31TH. 2017, THE PETITIONER FILED AN ETHICS COMPLAINT TO THE STATE OF FLORIDA'S COMMISSION ON ETHICS, THEY CLAIM, THEY HAVE NO JURISDICTION.

2.) AS A PRIVATE PROPERTY OWNER, I HAVE LOST MY 14TH AMENDMENT RIGHTS TO THE ENJOYMENT OF MY PROPERTY, BECAUSE THE BOARD OF COMMISSIONERS, REFUSE TO CLOSE-IN, MOVE OR BUILD A SOUND WALL TO SEPERATE A RESIDENTAL COMMUNITY FROM THEIR TRAINING RANGE, I HAVE BEEN TO OVER 3 MEETINGS ON THIS ALONE, IGNORED, CHAIR TOOK NO ACTIONS.

3.) I WAS AT COUNTY MEETING ON OCT 2017, I PROPOSED A RESOLUTION FOR A CITIZENS POLICE REVIEW BOARD, NO ACTION TAKEN, NOT EVEN A COMMENT. I HAD WITH ME, REPRENT US, SPACE COAST ALLIANCE AND THE D.N.C. AGAIN, NO ACTION WAS TAKEN. I HAVE OVER 100 WITNESSES WHO WILL SWEAR IN A COURT OF LAW THAT CURT SMITH IS GUILTY OF RACIAL DISCRIMINATION AND DERELICTION OF DUTY.

## CERTIFICATE OF SERVICE:

I, JOHNNIE B. DENNIS, PETITIONER, do HEREBY CERTIFY THAT A TRUE COPY OF THIS REFILED PETITION, HAS BEEN SENT BY U.S. MAIL TO THE FOLLOWING, ON 13TH NOV. 2017.

CLERK OF DISTRICT COURT
401 W. CENTRAL BLVD.
ORLANDO, FL. 32801

CURT SMITH
2725 JUDGE FRAN JAMIESON WAY
VIERA, FL. 32940

JOHNNIE B. DENNIS
3710 CATALINA DR.
COCOA, FL. 32926
(321) 240-4438
(E-MAIL) CLERGYLIAISON@YAHOO.COM