UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNNIE B. DENNIS,

        Plaintiff,

v.                                        Case No. 6:17-cv-1971-Orl-37GJK

BREVARD COUNTY; and BREVARD
COUNTY COMMISSIONERS,

        Defendants.

## DISMISSAL ORDER

In an Order dated April 24, 2018, the Court: (1) dismissed pro se Plaintiff Johnnie B. Dennis's Amended Complaint without prejudice; (2) granted leave to replead on or before May 9, 2018 ("**Deadline**"); and (3) cautioned that the Court would "direct the Clerk to close this file without further notice" if Plaintiff failed to replead by the Deadline. (*See* Doc. 18.) Because the Deadline has passed, and Plaintiff has not filed a Second Amended Complaint, the Court finds that this action is due dismissed without prejudice and closed. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The action is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is **DIRECTED** to close this file.

**DONE AND ORDERED** in Orlando, Florida, this 10th day of May, 2018.



ROY B. DALTON JR.
United States District Judge

-1-

Copies to:
Counsel of Record
Pro Se Party